■ BOARD OF EDUCATION OF THE LIVERPOOL CENTRAL SCHOOL DISTRICT, Appellant, v NEW YORK TELEPHONE COMPANY, Respondent, and EXECUTONE OF SYRACUSE, INC., et al., Appellants.—Order unanimously affirmed, without costs, for reasons stated in decision at Special Term, Lawton, J. (Appeals from order of Supreme Court, Onondaga County, Lawton, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Green and Balio, JJ.